UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDAH TZIYON KE'ISH
MIL'CHAMOT,

Petitioner,

-against-

WARDEN PRINCE OF O.B.C.C,

Respondent.

26-cv-3072 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 12, 2026, order, Petitioner's application for a writ of

habeas corpus under 28 U.S.C. § 2241 is denied without prejudice.

Because the petition makes no substantial showing of a denial of a constitutional right, a

certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 17, 2026
           New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge